UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GINA CORRAO,

        Plaintiff                      Case No.: 8:17-cv-02203-EAK-AAS

v.

NAVIENT SOLUTIONS, INC.

        Defendant(s)
_____/

## PLAINTIFF'S MOTION TO DISMISS COUNT II OF COMPLAINT WITH PREJUDICE

COMES NOW, Plaintiff, GINA CORRAO, by and through the undersigned counsel, and hereby files this, her Motion to Dismiss Count II of Complaint with Prejudice, and states as follows:

1. On July 26, 2017, Plaintiff filed her Complaint in Pasco County.

2. On September 22, 2017, Defendant removed the case to this Court.

3. On July 9, 2018, a Mediation was held. At mediation, the parties achieved a settlement of Count I of the Complaint.

4. Therefore, the only remaining unresolved matter is Count II, Violations of the Telephone Consumer Protection Act.

5. Due to changes in caselaw since the Complaint was initially filed, Plaintiff is now desirous of dismissing Count II of the Complaint with Prejudice.

6. Plaintiff believes that continuing to litigate the remaining Count of her Complaint will waste judicial resources, as well as the time, effort, and expense of counsel for both

parties to this action.

7. Accordingly, Plaintiff requests a dismissal of Count II of her Complaint with prejudice, as it will be in the best interests of all parties.

8. The undersigned counsel has contacted counsel for Defendant, Adam C. Ragan, who advised that Defendant opposes the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order: (1) Granting this Motion, (2) Dismissing Count II of the Complaint with prejudice, (3) ordering each party to bear their own fees and costs, and (4) any further relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Christie D. Arkovich*
Christie D. Arkovich, Esq.
Florida Bar No. 963690
christie@christiearkovich.com
Barbara C. Leon, Esq.
Florida Bar No. 482115
barbara@christiearkovich.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2018, a true and correct copy of the foregoing has been furnished to the following via email: Adam C. Ragan, Esq., Hunton Andrews Kurth, LLP, ARegan@HuntonAK.com.

*/s/ Christie D. Arkovich*
Attorney for Plaintiff