UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GINA CORRAO,

    Plaintiff,

v.   Case No. 8:17-cv-02203-EAK-AAS

NAVIENT SOLUTIONS, INC.,

    Defendant.

_____/

**STIPULATION TO DISMISS COUNT I OF PLAINTIFF'S COMPLAINT**

It is hereby stipulated and agreed by and between counsel for Plaintiff Gina Corrao and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc.[1] that Count I of the above-entitled action is hereby dismissed against NSL with prejudice, and without attorneys' fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

---

[1] In connection with a corporate reorganization, Navient Solutions, Inc. converted to a Delaware limited liability company and changed its name from "Navient Solutions, Inc." to "Navient Solutions, LLC," effective as of January 31, 2017.

1

Dated: August 30, 2018                                    Respectfully submitted,

| | |
|---|---|
| */s/ Christie D. Arkovich* | */s/ Adam C. Ragan* |
| Christie D. Arkovich, Esq. | Adam C. Ragan |
| Florida Bar No. 963690 | admitted pro hac vice |
| Barbara C. Leon, Esq. | HUNTON ANDREWS KURTH LLP |
| Florida Bar No. 0482115 | 1445 Ross Avenue, Suite 3700 |
| Christie D. Arkovich, PA | Dallas, Texas 75202 |
| 1520 W. Cleveland Street | Telephone: (214) 468-3577 |
| Tampa, FL 33606 | Facsimile: (214) 979-3959 |
| Telephone: 813-258-2808 | Email: aragan@huntonAK.com |
| Facsimile: 813-258-5911 | |
| christie@christiearkovich.com | Edrei G. Swanson |
| | Florida Bar No. 102875 |
| *Attorneys for Plaintiff* | HUNTON ANDREWS KURTH LLP |
| | 1111 Brickell Avenue, Suite 2500 |
| | Miami, FL 33131 |
| | Telephone: (305) 810-2500 |
| | Email: eswanson@huntonAK.com |
| | |
| | *Attorneys for Navient Solutions, LLC* |

## CERTIFICATE OF SERVICE

I certify that on August 30, 2018 a true and correct copy of the foregoing was filed with the Clerk of the Court via the Case Management / Electronic Case Filing ("CM/ECF") system, which will send notification of such filing to all counsel of record.

                                        */s/ Adam C. Ragan*
                                        Adam C. Ragan